**FILED**
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS
Jan 8, 2018
OFFICE OF THE CLERK

FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C.§ 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE ~~EASTERN~~ Western DISTRICT OF ARKANSAS
__Western__ DIVISION

CASE NO. __18-4005__

I. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: Debar Ann Young
   ADC# X
   Address: 411 West Pine St Prescott Ark 71857

   Name of plaintiff: Willie Young
   ADC# X
   Address: 411 West Pine Prescott Ark 71857

   Name of plaintiff: ____
   ADC# ____
   Address: ____

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: Southwest Mental Health [Hexison Et Al (Greenwood)]
   707 North Greenwood Hope Ark 71801
   Position: Supervisor
   Place of employment: Southwest Mental Health
   Address: 707 North Greenwood Hope Ark 71801

   Name of defendant: ____
   Position: ____
   Place of employment: ____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II.  Are you suing the defendant in:

    ☐ Official capacity only
    ☐ Personal capacity only
    ☒ Both official and personal capacity

III. Previous Lawsuits
    A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

       Yes _____   No ✗

    B.  If you answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

       Yes _____   No _____

       ☐ Parties to the previous lawsuit:

       Plaintiffs _____

       _____

       Defendants: _____

       _____

       ☐ Court (if federal court, name the district; if state court, name the county):

_____

- ☐ Docket Number: _____

- ☐ Name of Judge to whom case was assigned: _____

- ☐ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

- ☐ Approximate date of filing lawsuit: _____

- ☐ Approximate date of disposition: _____

IV. Place of Present confinement: _____

_____

V. At the time of the alleged incident(s), were you:
   (Check appropriate blank)

   _____ in jail and still awaiting trial on pending criminal charges

   _____ serving a sentence as a result of a judgment of conviction

   _____ in jail for other reasons (e.g., alleged probation violation, etc.)
   explain: _____

_____

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. §1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

   A. Did you file a grievance or grievances presenting the facts set forth in this complaint?
      Yes √  No _____ Talk with The Nursing Mom ✓

   B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?
      Yes _____  No _____

If not, why? _____

## VII. Statement of claim

State here (as briefly as possible) the facts of you case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

This Is A Wrongfull Complaint Against Southwest mental Health Nursing Home at 707 North Greenlond In Hope Arkansas For The Neglect And Wrong Death of Debor Ann Young The wife of Willie Young. ON January 11 2017 That The Nursing Home Left his wife Unsupervious For 4 Hour's The medical Cancer said That miss Young Had Been dead For 4 Hour's And When He Question The staff, No one Could Answer His Question. The Nursing Home Was Neglecting, my wife had Complaint That she Could Not Breade, Fluid Was on her Long's This Is Nelibert Indifferent To A Serious medical Need, When The C.N.A. did Not Report miss Young Complaint Several People Has Quit since The Invesgation Has Begone,

## VIII. Relief

<u>State briefly exactly what you want the court to do for you</u>. Make no legal arguments. Cite no cases or statutes.

500,000.00 Mental Angush
500,000.00 Puntive Damages
500,000.00 Compentory Damange's
A Trial B 4 Jury, A Jury Trial

I declare under penalty of perjury (18 U.S.C. § 1621) that the forgoing is true and correct.

Executed on this __29__ day of __Nov__, 20__17__.

Willie Young
411 West Pine St
Prescott Ark 71857

_Wille Young_
Signature(s) of Plaintiff(s)

Revised 05/02/05



Willie Young
411 West Pine St
Prescott Ark
71857

Received WD/AR
DEC 11 2017
U.S. Clerk's Office

United
500
Texa

Legal Mail