IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

WILLIE YOUNG, on behalf of
Debra Young, Deceased                                                                    PLAINTIFF

v.                                      Case No. 4:18-cv-04005

SOUTHWEST MENTAL HEALTH                                                        DEFENDANT

## ORDER

On March 14, 2018, the Court entered a show cause order (ECF No. 6) to Plaintiff for failure to either submit a filing fee, as required under 28 U.S.C. § 1914(a), or complete an *in forma pauperis* ("IFP") application to determine his eligibility to proceed without prepayment of fees and costs, pursuant to 28 U.S.C. § 1915. The order gave Plaintiff until April 4, 2018, to submit a filing fee or a properly completed and executed IFP affidavit.

To date, Plaintiff has failed to submit a filing fee or an IFP affidavit as ordered. Further, Plaintiff has failed to otherwise show why this action should not be dismissed. Therefore, Plaintiff's lawsuit against Defendant is **DISMISSED WITHOUT PREJUDICE**. *See* Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED**, this 17th day of April, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge